# Affidavit

On August 13, 2018 2 Federal agents walked in to McDonalds & snatched a Phone out of my hand the FBI Agent began to go through the Phone while standing in front of me & said Look he's already on the website at this Point & true I was scared to death Not understanding what was happening They told Me i had to go out to the car i had No Choice so i got out of the Booth & walked to the unmarked car of theres they told me i would get Locked up if i didn't coropperate with them So i began talking on A Auto Recording tape they Asked if i had Asked for sex i told them i do believe head & sex they Asked do you know how old she was i said 18 i believe & they said No She was actually 14 and an under cover agent At this time they Asked for all codes i gave it to them After Asking for an Appointed Lawyer this wasn't even my Phone it belonged to a sex offender Registered to his Name so i was unable to Authorize Any type of Athority over this Device But i was scared as it Already was I was high off Meth & Crack Cocaine so i was so Paranoyd & terrified of going to Jail On August 28, 2018 i was Arrested without my Rights even being Read off to Me

I was then being told that My Charge was Attempted Enticement of A minor 18 USC 2422(b)

A Court Reasoned that §2422(b) unAmbiguously Requires that the Person Enticed " being an individual who has not Attained the Age 18" "2005 U.S. Dist. Lexis 38874, [WL] at 2 (citing

1

18 U.S.C. §2422(b)) Congress rejected on Amendment to §2422(b) that would have Changed the Language of the Statute to include individuals that had Not Attained 18 therefore it clearly says that the Court has found that §2422(b) only Criminizes Attempts involving actual minors Not Adults that Attempts as Posing as a Minor [Id.] at 3

Congress understood §2422(b) as requiring More than Merely engaging in Sexually explicit Conversation that engendered, encourage or incited thought of assent to Possible Sex; Nor dose it Make it Criminal "cybersex" United States v. Schell, 71 M.J. 574, 2012 CCA Lexis 352 (AcCA Sept. 12, 2012) Review or reh'g granted, 72 M.J. 85, 2013 CAAF Lexis 143 (CAAF, Feb. 6, 2013)

Look up USSG §2A3.2(b)(2)(B), § 18.2-370

United States v. Candiano No 2:05-CR-54PS 2006 U.S. Dist. Lexis 5736

"Sexual Activity" Requires Physical Contact

United States v. Jeffery P. Taylor 640 F.3d 255; 2011 U.S. App. Lexis 7052

Should be Resolved in favor of defendant United States v. Turcotte, 405 F.3d 515, 535 (7th cir 2005)

2

United States v. Santos surpa 553 U.S. at 514

Definition for Sexual Activity = is a Broader term that includes thing sexual that do involve the actual Physical encounter

18 USC 2422(b) only criminalizes Attemps involving actual Minor Not Adults Posing as such

I certify sweear that the foregoing statement to be true & correct to the Best of my information, Knowledge, & Belief under Penalty of Purjury

Dated 1-24-23

*[signature]*

Bryson Knobeloch
# 14166-025
USP Terre Haute
PO Box 33
Terre Haute IN 47808

Legal
Mail

Clerk of the court
301 west Main st
Benton, IL 62812

Legal
Mail

INDIANAPOLIS IN 460
26 JAN 2023 PM 5 L

MAIL CLEARED
US MARSHALS

62812-136201

Legal Mail

RECEIVED

JAN 3 1 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE